UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY G. NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09 CV 883 |
| ) | |
| RONALD LIS, ELIZABETH WILSON, ) | Judge Rebecca R. Pallmeyer |
| RICHARD NOVOTNY, BRADLEY RUZAK, ) | |
| and CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF THE OFFER OF JUDGMENT OF DEFENDANTS RONALD LIS, ELIZABETH WILSON, RICHARD NOVOTNY, BRADLEY RUZAK, and CITY OF CHICAGO**

Plaintiff, LARRY G. NELSON, by and through his attorneys, Irene K. Dymkar and James L. Bowers, hereby accepts the Rule 68 Offer of Judgment of defendants, RONALD LIS, ELIZABETH WILSON, RICHARD NOVOTNY, BRADLEY RUZAK, and CITY OF CHICAGO, dated May 16, 2016, attached hereto as Exhibit A. This Offer of Judgment provides separately for the payment of reasonable attorney's fees and costs, which are to be paid by defendants in addition to the judgment on the case itself, in an amount to be determined by the Court.

Plaintiff respectfully requests that the Clerk of the Court enter judgment in this action forthwith for plaintiff in the amount of $40,000.00, jointly and severally against defendants, RONALD LIS, ELIZABETH WILSON, RICHARD NOVOTNY, BRADLEY RUZAK, and CITY OF CHICAGO.

Plaintiff further requests that the Court determine the amount of reasonable attorneys' fees and costs to be paid by defendants to plaintiff (and his counsel) as the prevailing party in this case in the district court and in the Seventh Circuit Court of Appeals, accrued through May 16, 2016, upon the petition of plaintiff's counsel.

Dated: May 19, 2016 /s/ Irene K. Dymkar
Irene K. Dymkar

Plaintiff's Attorneys:

Irene K. Dymkar
Law Offices of Irene K. Dymkar
53 W. Jackson, Suite 733
Chicago, IL 60604-3462
(312) 345-0123

James L. Bowers
361 N. Central Avenue
Chicago, IL 60644
(773) 379-9262

## CERTIFICATE OF SERVICE

      I, Irene K. Dymkar, an attorney, certify that on the 19th day of May, 2016, a copy of this acceptance was served upon the attorneys for defendants named below through the Court's electronic filing system:

      Andrew M. Hale
      Avi T. Kamionski
      Hale Law, LLC
      53 W. Jackson, Suite 330
      Chicago, IL 60604

Dated: May 19, 2016                      /s/ Irene K. Dymkar
                                             Irene K. Dymkar