IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09 C 883 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHIAGO, et al., | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| Defendants. | ) | |

**OFFER OF JUDGMENT**

Defendants, City of Chicago, Ronald Lis, Elizabeth Wilson, Richard Novotny, and Bradley Ruzak, by their undersigned attorneys, make the following offer of judgment to Plaintiff, Larry Nelson, pursuant to Fed.R.Civ.P. 68.

1. Defendants, City of Chicago, Ronald Lis, Elizabeth Wilson, Richard Novotny, and Bradley Ruzak, offer to allow judgment to be taken against them collectively and in favor of Plaintiff Larry Nelson in the total amount of FORTY THOUSAND AND NO/100 ($40,000.00) DOLLARS, plus reasonable attorneys' fees and costs incurred through the date that the offer is tendered, May 16, 2016, to be determined by the court.

2. This offer of judgment is inclusive of all claims Plaintiff has or may have against Defendants, City of Chicago, Ronald Lis, Elizabeth Wilson, Richard Novotny, and Bradley Ruzak, and any and all other current or former employees or agents of the City of Chicago arising from the incident or injuries alleged in Plaintiff's complaint or any amendment thereof. Nothing in this offer of judgment shall be construed as an admission of liability by any defendant.

3. This offer of judgment is conditioned upon Plaintiff accepting the offer of judgment as to each of Defendants City of Chicago, Ronald Lis, Elizabeth Wilson, Richard Novotny, and Bradley Ruzak. Acceptance of this offer of judgment by Plaintiff against fewer than all of Defendants City of Chicago, Ronald Lis, Elizabeth Wilson, Richard Novotny, and Bradley Ruzak shall be deemed a rejection of this offer.

4. Pursuant to Fed.R.Civ.P. 68, an offer not accepted within fourteen (14) days after service of the offer shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

DATED: May 16, 2016.

Respectfully submitted,

/s/Andrew M. Hale
Attorneys for Defendants City of Chicago,
Ronald Lis, Elizabeth Wilson, Richard Novotny,
and Bradley Ruzak

Andrew M. Hale
Avi T. Kamionski
HALE LAW LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL 60604
(312) 341-9646

## CERTIFICATE OF SERVICE

I, Andrew Hale, an attorney, hereby certify that on May 16, 2016 I served the attached Offer of Judgment upon Irene Dymkar, counsel for Plaintiff, by electronic means (i.e., email) after having received consent to do so under F.R.C.P. 5(b)(2)E).

/s/ *Andrew Hale*